IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEFFREY M. DAVIS, JR.,

 Plaintiff,            JUDGMENT IN A CIVIL CASE

v.                  Case No. 13-cv-101-wmc

DIVINE SAVIOR HOSPITAL,
DR. JACKSON, DR. CHARLES
BOURSIER and GERALD KRUMPOS,

 Defendants.

---

 This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

 IT IS ORDERED AND ADJUDGED that judgment is entered granting defendant Dr. Gerald Krumpos's motion to dismiss for insufficient service of process, granting plaintiff Jeffrey M. Davis, Jr.'s motion for voluntary dismissal and dismissing this case without prejudice.

| /s/ | 1/27/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |